U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

REV. CHARLES E. GUILLORY, HOWARD
DESSELLES, CARLA R. COLEMAN, GAYLE
SAMPSON, SARAH MOSE, MARILYN AUGUSTINE,
CANDETA LIAR, SHONDALE JAMES, STACEY
WILLIAMS, ILENE CARMOUCHE, BARBARA
THOMAS, MARY WILLIAMS, ANARNEC BENTLEY,
LADRIKA AUGUSTINE, REV. FLOYD MURRAY and
THELMA JACKSON

CV03-0285-A

JUDGE DRELL

Plaintiffs

VERSUS

MAGISTRATE JUDGE KIRK

AVOYELLES PARISH SCHOOL BOARD, DR.
RONALD N. MAYEUX, Superintendent, and KENNETH
GREMILLION, LEONARD ARMAND, LINDA L.
BORDELON, LYNN DELOACH, SHELIA BLACKMON-
DUPAS, FREEMAN FORD, DEBBIE KELLER, STEVE
LACOME, JOHN LEMOINE, CARLOS A. MAYEUX, JR.,
MELANIE MOREAU, ELAINE NORMAND and THOMAS
WILLIBER, in their official capacities as Superintendent and
members of the AVOYELLES PARISH SCHOOL BOARD,
respectively

Defendants

**CONSENT JUDGMENT**

I.

WHEREAS:

1.The Plaintiffs, REV. CHARLES E. GUILLORY, HOWARD  DESSELLES, CARLA R.

COLEMAN, GAYLE  SAMPSON, SARAH MOSE, MARILYN AUGUSTINE, CANDETA LIAR,

SHONDALE JAMES, STACEY  WILLIAMS, ILENE CARMOUCHE, BARBARA  THOMAS,

MARY WILLIAMS, ANARNEC BENTLEY, LADRIKA AUGUSTINE, REV. FLOYD MURRAY and

THELMA JACKSON, (collectively referred to as "Plaintiffs"), filed this complaint on February 14,

2003 against THE  AVOYELLES PARISH SCHOOL BOARD, DR. RONALD N. MAYEUX,

Superintendent, and KENNETH GREMILLION, LEONARD ARMAND, LINDA L. BORDELON, LYNN DELOACH, SHELIA BLACKMON-DUPAS, FREEMAN FORD, DEBBIE KELLER, STEVE LACOME, JOHN LEMOINE, CARLOS A. MAYEUX, JR., MELANIE MOREAU, ELAINE NORMAND and THOMAS WILLIBER, in their official capacities as Superintendent and members of the AVOYELLES PARISH SCHOOL BOARD,(collectively referred to as "Defendants") in Civil Action No. CV03-0285-A captioned "Plaintiffs' Complaint for Injunctive and Declaratory Relief" pending in the United States District Court for the Western District of Louisiana, Alexandria Division alleging a breach of the fourteenth and Fifteenth Amendments to the United States Constitution and a breach of § 2 of the Voting Rights Act of 1965, 42 U.S.C. § 1973.

2. On May 21, 2002, the Avoyelles Parish School Board adopted a redistricting plan which reduced the number of members from thirteen (13) to nine (9), thereby reducing minority representation from three (3) members to two (2). Plaintiffs alleged the reduction in minority members diluted African-American voting strength and was therefore retrogressive.

3. The proposed plan, which allegedly diluted minority voting strength, was adopted with ten (10) "yes" votes and three "no" votes.

4. Plaintiffs allege that the purpose and result of reducing minority school board members from three to two is to deny or abridge the right of African-Americas to vote on account of race or color. The alleged result is the dilution of minority voting strength in violation of the 1965 Voting Rights Act and the Fifteenth Amendment to the United States constitution, and a denial of Equal Protection as guaranteed by the Fourteenth Amendment to the United States Constitution.

5. After several delays the trial of this matter was set for July 17, 2006 before the

Honorable Dee D. Drell.

6.  On July 17, 2006, this Court held a hearing on defendants' Motion to Continue Trial or In the Alternative to Disqualify Plaintiffs' Expert Witness, Glenn Koepp. The Court denied defendants' motion.

7.  On July 17, 2006, at approximately 6:00 p. m., the attorneys for the plaintiffs and the Avoyelles Parish School Board, along with the parties' redistricting experts, met and agreed upon a compromise nine member plan which incorporated three majority-minority districts. The parties further agreed that plaintiffs would be the prevailing party with all rights thereto appertaining, including payment of attorney fees and costs by defendants, and that there would be a finding of no wrongdoing by the Avoyelles Parish School Board.

8.  On July 18, 2006, prior to commencement of trial, the Plaintiffs and Defendants informed the Honorable Dee D. Drell that a compromise had been reached.

9.  Thus, on July 18, 2006 the Honorable Dee D. Drell, Federal District Judge, opened court and allowed Plaintiffs' counsel and Defendants' counsel to put this compromise agreement on the record. The parties agreed pursuant to a directive from the court, that plaintiffs' demographer, Glenn Koepp, and defendants' demographer, Heather Urena, would devise a nine member Avoyelles Parish School Board plan with three majority - minority districts to be submitted for adoption to the Avoyelles Parish School Board at its August 1, 2006 meeting. The Avoyelles Parish School adopted the new redistricting plan on August 1, 2006 by resolution with an eight to one vote. A copy of the resolution is attached as Exhibit II. Plaintiffs shall be the prevailing party with all rights thereto appertaining including attorney fees and cost as stipulated ($80,000.00). There is a finding of no wrongdoing on the part of the Avoyelles Parish School Board. The Court set a hearing for August 2, 2006 at 4:30 p. m. to adopt the revised nine

member Avoyelles Parish Redistricting plan with three majority-minority districts as the Court's Plan along with the other findings as stated in Paragraph 9.

II.

NOW THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS:

10. Plaintiffs, REV. CHARLES E. GUILLORY, HOWARD DESSELLES, CARLA R. COLEMAN, GAYLE SAMPSON, SARAH MOSE, MARILYN AUGUSTINE, CANDETA LIAR, SHONDALE JAMES, STACEY WILLIAMS, ILENE CARMOUCHE, BARBARA THOMAS, MARY WILLIAMS, ANARNEC BENTLEY, LADRIKA AUGUSTINE, REV. FLOYD MURRAY and THELMA JACKSON, for and in consideration of the new nine (9) member Avoyelles Parish School Board redistricting plan with three (3) majority-minority members (attached hereto as Exhibit 1, along with a legal description of each district) and Plaintiffs' reasonable Attorney's fees and expert fees ($80,000.00), as prevailing parties pursuant to 42 U.S.C. § 1988, state for each of them individually, collectively and on behalf of the Plaintiffs' successors and assigns, that they do release, acquit and forever discharge the Defendants, THE AVOYELLES PARISH SCHOOL BOARD, DR. RONALD N. MAYEUX, Superintendent, and KENNETH GREMILLION, LEONARD ARMAND, LINDA L. BORDELON, LYNN DELOACH, SHELIA BLACKMON-DUPAS, FREEMAN FORD, DEBBIE KELLER, STEVE LACOME, JOHN LEMOINE, CARLOS A. MAYEUX, JR., MELANIE MOREAU, ELAINE NORMAND and THOMAS WILLIBER, in their official capacities as Superintendent and members of the AVOYELLES PARISH SCHOOL BOARD, as well as their agents, servants and employees, from any and all claims, demands and all causes of action whatsoever which have occurred against any of the aforenamed defendants including, but not limited to, any action which has or may have arisen under the Voting Rights Act of 1965 pursuant to a nine member redistricting plan adopted by the Avoyelles Parish School Board May

21, 2002. The parties further agreed that plaintiffs would be the prevailing party with all rights thereto appertaining, including payment of attorney fees and costs by defendants, and that there would be a finding of no wrongdoing by the Avoyelles Parish School Board.

11. The consideration described above is accepted by plaintiffs and by their attorney, Charles D. Jones, in full compromise and settlement of all causes of action which were asserted or which could have been asserted against all defendants in the instant case or in any proceeding before any federal court or federal agency. Moreover, Defendants' payment of attorney's fees and costs, including court costs ($80,000.00), shall not be construed as any admission of fault or liability to any claim in any proceeding which exists or may arise by these Plaintiffs or other persons acting on their behalf for the same cause of action herein described.

12. Plaintiffs agree that a stipulation of Dismissal with Prejudice shall be entered in Civil Action No. 03CV-0285-A, entitled *REV. CHARLES E. GUILLORY, HOWARD DESSELLES, CARLA R. COLEMAN, GAYLE SAMPSON, SARAH MOSE, MARILYN AUGUSTINE, CANDETA LIAR, SHONDALE JAMES, STACEY WILLIAMS, ILENE CARMOUCHE, BARBARA THOMAS, MARY WILLIAMS, ANARNEC BENTLEY, LADRIKA AUGUSTINE, REV. FLOYD MURRAY and THELMA JACKSON, Plaintiffs, versus THE AVOYELLES PARISH SCHOOL BOARD, DR. RONALD N. MAYEUX, Superintendent, and KENNETH GREMILLION, LEONARD ARMAND, LINDA L. BORDELON, LYNN DELOACH, SHELIA BLACKMON-DUPAS, FREEMAN FORD, DEBBIE KELLER, STEVE LACOME, JOHN LEMOINE, CARLOS A. MAYEUX, JR., MELANIE MOREAU, ELAINE NORMAND and THOMAS WILLIBER, in their official capacities as Superintendent and members of the AVOYELLES PARISH SCHOOL BOARD, respectively,* in the United States District Court for the Western District of Louisiana, Alexandria Division.

13. The parties agree that they are satisfied with the resolution of this matter.

14. The Plaintiffs agree that this document contains all considerations for the full release, compromise and settlement of all causes of action arising against Defendants for their alleged violations of the Voting Rights Act of 1965, Fourteenth and Fifteenth Amendments to the United States Constitution emanating from a redistricting plan adopted by the Avoyelles Parish School Board on May 21, 2002.

Respectfully submitted,

CHARLES D. JONES
141 DeSiard Street, Suite 315
Monroe, LA 71201
318/325-2644
Bar Roll No. 07476
ATTORNEY OF PLAINTIFFS

CHARLES A. RIDDLE, III
Avoyelles Parish District Attorney
417 N. Main Street
Marksville, Louisiana 71351
318/253-6587
Bar Roll No. *10974*
ATTORNEY FOR DEFENDANTS

APPROVED BY:

THE HONORABLE DEE D. DRELL
United States District Judge
Alexandris, Louisiana, this 2ND
day of August, 2006.



**AVOYELLES PARISH
SCHOOL BOARD**

**BOARD MEMBERS:**

Lynn Deloach
District 1

Melanie R. Moreau
District 2

John Lemoine
District 3

Carl Ducote
District 4

Freeman Ford
District 5

Eva C. Williams
District 6

Jimmy "Jim" Guillory, Ph.D.
District 7

Leonard Armand
District 8

Steve Lacombe
District 9

**DIRECTORS:**

Paula M. Childress, Ph.D.
 *Curriculum & Instruction*

James H. Armand
 *Federal Programs*

Mary Bonnette, CPA
 *Finance*

**PHONE:**

Bunkie     (318) 346-2994
Cottonport (318) 876-3391
Marksville (318) 253-5982

FAX:  (318) 253-9680
FAX:  (318) 253-5178

An Equal Opportunity Employer

# *Avoyelles Parish School Board*

221 Tunica Drive West
Marksville, LA 71351

Ronald N. Mayeux, Ph.D., Superint

Jimmy "Jim" Guillory, President

Carl Ducote, Vice-President

## SCHOOL BOARD PROCEEDINGS

### Resolution Number 2

### August 1, 2006

On motion by Carl Ducote, seconded by Melanie Moreau, the Board agreed to go into Executive Session to discuss litigation regarding the 2006 redistricting plan.

The Board reconvened in open public session at approximately 6:05 p.m.

Resolution by Leonard Armand, seconded by Freeman Ford:

**A Resolution to Adopt a New Redistricting Plan for the
Avoyelles Parish School Board**

Whereas, Avoyelles Parish School Board is convened at its regular monthly meeting on August 1, 2006, and

Whereas, litigation has been pending in the United States District Court, Alexandria Division, challenging the sufficiency of the Avoyelles Parish School Board redistricting plan, (Avoyelles Coterminous Plan), adopted May 20, 2002, as to its compliance with provisions of the Voting Rights Act of 1964, and

Whereas, the School Board desires to end the pending litigation by adoption of a new redistricting plan, which provides for a third majority-minority district;

Therefore, Be It Resolved by the Avoyelles Parish School Board that the proposed redistricting plan known as the Avoyelles School Board Compromise Plan, be, and same is hereby adopted by the Avoyelles Parish School Board, said plan as per map thereof attached as Annex A, with statistical data as per attached Annex B, and with such election district descriptions as are attached as Annex C;

Be It Further Resolved that in order to properly confect this plan, it is further declared that the data which shall be used in such plan shall not utilize the prison population of 1,525 felons housed in the state prison population of 1,525 felons housed in the state prison facility;

Be It Further Resolved that said redistricting plan shall not take effect until pre-cleared by the Voting Rights Section of the United States Department of Justice; and that it shall otherwise be effective for qualification of candidates for the next regularly scheduled elections;

Be It Finally Resolved that this plan shall be submitted to the United States District Court, Western District of Louisiana, Alexandria Division, Honorable Judge Dee Drell, with the request that the Court adopt this plan and order the plan implemented, in settlement of the pending litigation.

This resolution adopted by the following vote: Ayes: Lynn Deloach, Melanie Moreau, John Lemoine, Freeman Ford, Dr. Jim Guillory, Carl Ducote, Eva Williams, and Leonard Armand. Nays: Steve Lacombe - is duly adopted this 1st day of August 2006.

\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF AVOYELLES


I, Ronald N. Mayeux, Ph.D., the duly qualified, acting and empowered Secretary of the Avoyelles Parish School Board of Marksville, Louisiana, do hereby certify that Resolution Number 2 of the School Board Proceedings of August 1, 2006 is a true, correct and complete copy of the original.

IN WITNESS WHEREOF, I have hereunto affixed my hand and the corporate seal of said Avoyelles Parish School Board of Marksville, Louisiana on this 2nd day of August 2006.

_____
Ronald N. Mayeux, Ph.D.
Superintendent of Schools

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## DIVISION ALEXANDRIA

## NOTICE OF MANUAL ATTACHMENT

CASE# 03-0285 - JUDGE DRELL/MAG. JUDGE KIRK

REV. CHARLES GUILLORY, ET AL

VS.

AVOYELLES PARISH SCHOOL BOARD, ET AL

ATTACHMENTS TO:

DESCRIPTION:     CONSENT JUDGMENT - ANNEX A, ANNEX B AND ANNEX C *

FILED BY:

FILE DATE:     AUGUST 02, 2006

ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE

* ANNEX A – REDISTRICTING MAP OF AVOYELLES PARISH
ANNEX B – PLAN STATISTICS
ANNEX C – DESCRIPTION OF VOTING DISTRICTS OF THE AVOYELLES PARISH SCHOOL BOARD